IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| ELMER B. HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 07-1074-KI |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Floyd H. Shebley
419 Fifth Street
Oregon City, Oregon  97045

      Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Britannia I. Hobbs
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon  97204-2902

Page 1 - JUDGMENT

Terrye E. Shea
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington  98104-7075

        Attorneys for Defendant


KING, Judge:

        Based on the record,

        The decision of the Commissioner is hereby REVERSED, and this case is REMANDED

to the Commissioner for a finding of disability.

        Dated this _____1st_____ day of July, 2008.


                            ___ /s/ Garr M. King_____
                            Garr M. King
                            United States District Judge


Page 2 - JUDGMENT