Floyd H. Shebley, OSB No. 78083
419 Fifth Street
Oregon City, OR 97045
Phone: 503-655-5500
Fax:   503-656-8481
E-mail: shebleylaw@qwest.net

Attorney for plaintiff Elmer B. Harris

FILED'08 JUL 14 15:05 USDC-ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| **Elmer B. Harris** | ) | Civil No. CV 07-1074-KI |
| | ) | |
| Plaintiff, | ) | ORDER ALLOWING COSTS AND ATTORNEY |
| | ) | FEES PURSUANT TO THE EQUAL ACCESS |
| vs. | ) | TO JUSTICE ACT ("EAJA") |
| | ) | |
| **Michael J. Astrue,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the July 11, 2008 Stipulation For Attorney Fees Pursuant to the Equal Access to Justice Act signed by the parties' attorneys, it is hereby ORDERED that an attorney fee in the sum of $3,978.39 be awarded to plaintiff. Payment of such fee shall be made directly to plaintiff's attorney, Floyd H. Shebley, and mailed to plaintiff's attorney at 419 Fifth Street, Oregon City, OR 97045.

In addition, based upon said Stipulation defendant shall also pay plaintiff's costs in the sum of $350.00 and shall mail said costs directly to plaintiff Elmer B. Harris at 31836 South Ona Way, Molalla, OR 97038.

/////

ORDER ALLOWING COSTS AND ATTORNEY FEES

IT IS SO ORDERED.

Dated: July 11, 2008.

                                              /s/ Garr M. King
                                              United States District Judge

Submitted by:
Floyd H. Shebley, OSB No. 78083
Attorney for plaintiff Elmer B. Harris

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing ORDER ALLOWING COSTS AND ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") was filed with the Clerk of the Court on July 11, 2008, using the CM/ECF system which will send notification of such filing to the following persons: <u>Britannia I. Hobbs, Assistant U.S. Attorney, and Terrye E. Shea, Special Assistant U.S. Attorney</u>.

                                              /s/ Floyd H. Shebley
                                              Floyd H. Shebley, OSB No. 78083
                                              Attorney at Law
                                              419 Fifth Street
                                              Oregon City, OR 97045

                                              Attorney for plaintiff Elmer B. Harris